## MAGNOLIA PIPE LINE CO. v. BROWN et al.

No. 25353.    Sept. 17, 1935.

B. B. Blakeney, Hubert Ambrister, and W. R. Wallace, for plaintiff in error.

Jarrett & Jarrett, for defendants in error.

RILEY, J. The question involved in this case is governed by the decision in Shell Petroleum Corporation v. Orbie T. Ross, 173 Okla. 524, 49 P. (2d) 184, this day decided. Accordingly the judgment is reversed, with instructions to enter an order overruling the demurrer and enjoining the defendants and each of them from seeking to enforce in any manner the judgment rendered by W. G. Morris, justice of the peace.

McNEILL, C. J., and BUSBY, PHELPS, and GIBSON, JJ., concur.